FERRY *v.* FERRY.  Appeal from Wayne, George T. Martin, J.  Submitted Division 1 June 9, 1971, at Detroit.  (Docket No. 9403.)  Decided June 29, 1971.

*Matheny, Schureman & Frakes,* for plaintiff.

*Balmer, Skillman & Balmer,* for defendant.

Before: LEVIN, P. J., and QUINN and V. J. BRENNAN, JJ.

QUINN, J.  After trial, the judge denied plaintiff a divorce on the basis that she had not sustained the burden of proving the cruelty alleged as grounds for divorce.  Plaintiff and defendant were the only witnesses and defendant denied each charge of cruelty asserted by plaintiff.  Our *de novo* review has not convinced us that the trial judge erred in his ruling.

Affirmed.

PEOPLE *v.* MANNING; PEOPLE *v.* SPENCE.  Appeals from Recorder's Court of Detroit, Frank G. Schemanske, J.  Submitted Division 1 May 25, 1971, at Lansing.  (Docket Nos. 9560, 9561.)  Decided June 29, 1971.  Leave to appeal denied as to Spence, 386 Mich 767.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Thomas R. Lewis,* Assistant Prosecuting Attorney, for the people.

*James A. Hathaway,* for defendants.

Before: QUINN, P. J., and McGREGOR and BRONSON, JJ.

PER CURIAM.  Defendants were jointly tried on a two-count information charging larceny in a building, MCLA § 750.360 (Stat Ann 1954 Rev § 28.592), and opening or attempting to open a coin box or receptacle, MCLA § 750.113 (Stat Ann 1962 Rev § 28.308).  They were convicted on both counts and were sentenced.  Their briefs on appeal have been filed and the people have filed motions to affirm.

A review of the briefs and the trial court record make it manifest that the questions sought to be reviewed are so insubstantial as to need no argument or formal submission.

Affirmed.